UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Sarah Morgan, et al. v. Bayer Corporation, et al.*     No. 3:11-cv-11102-DRH

*Carole Dooner, et al. v. Bayer Corporation, et al.*     No. 3:11-cv-12431-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 19, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:    /s/*Sara Jennings*
                                               Deputy Clerk

Dated:  July 30, 2013

Digitally signed by David R. Herndon
Date: 2013.07.30 10:02:28 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT